# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re

Case No. 07−81250
Chapter 13

Michael Slaughter and Sandra P. Slaughter

    Debtors

## ORDER CONFIRMING PLAN

    The debtors' plan was filed on November 13, 2007. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325. It is

    **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is confirmed.

    Done this 28th day of February, 2008.

    /s/ William R. Sawyer
    United States Bankruptcy Judge