UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL SLAUGHTER, | : | CASE NO. 07-81250-WRS |
| SANDRA P. SLAUGHTER, | : | |
| Debtors. | : | |
| ----- ----- ----- ----- ----- ----- ----- | | ----- ----- ----- ----- ----- ----- |
| WELLS FARGO FINANCIAL | : | |
| ALABAMA, INC., | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| MICHAEL SLAUGHTER, Debtor, SANDRA P. | : | |
| SLAUGHTER, Joint-Debtor, BARBARA ANN | : | |
| SLAUGHTER, Co-Debtor, and CURTIS C. | : | |
| REDING, Chapter 13 Trustee, | : | |
| Respondents. | : | |

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY AND MOTION FOR
RELIEF FROM CO-DEBTOR STAY

COMES NOW Wells Fargo Financial Alabama, Inc., hereinafter referred to as Creditor, and respectfully WITHDRAWS its previously filed Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay.

Respectfully submitted,


/s/ Paul R. Knighten
Paul R. Knighten, AL Bar KNI017
Sicay-Perrow, Knighten & Bohan, P.C.
Suite 3475, Georgia-Pacific Center
133 Peachtree Street, N.E.
Atlanta, GA 30303
prk@sicay-perrow.com
404-589-1832
404-589-1833 (facsimile)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL SLAUGHTER, | : | CASE NO. 07-81250-WRS |
| SANDRA P. SLAUGHTER, | : | |
| Debtors. | : | |

----- ----- ----- ----- ----- ----- ----- ----- ----- ----- ----- ----- -----

| | | |
|---|---|---|
| WELLS FARGO FINANCIAL | : | |
| ALABAMA, INC., | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| MICHAEL SLAUGHTER, Debtor, SANDRA P. | : | |
| SLAUGHTER, Joint-Debtor, BARBARA ANN | : | |
| SLAUGHTER, Co-Debtor, and CURTIS C. | : | |
| REDING, Chapter 13 Trustee, | : | |
| Respondents. | : | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Notice of Withdrawal of Motion for Relief from Stay, Motion for Relief from Co-Debtor Stay, by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Curtis C. Reding, Jr., Chapter 13 Trustee
P O Box 173
Montgomery, AL 36101

Charles M. Ingrum, Jr.
P O Box 229
Opelika, AL 36803

Michael Slaughter
233 Lee Road 665
Auburn, AL 36850

Sandra P. Slaughter
233 Lee Road 665
Auburn, AL 36850

Barbara Ann Slaughter
165 Lee Road 668
Auburn, AL 36832

This 6th day of March, 2008.

/s/      Paul R. Knighten
Paul R. Knighten, AL Bar KNI017