UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL SLAUGHTER,<br>SANDRA P. SLAUGHTER,<br>        Debtors.<br>WELLS FARGO FINANCIAL<br>ALABAMA, INC., | CASE NO. 07-81250-WRS |
|         Movant,<br>v.<br>MICHAEL SLAUGHTER, Debtor, SANDRA P.<br>SLAUGHTER, Joint-Debtor, BARBARA ANN<br>SLAUGHTER, Co-Debtor, and CURTIS C.<br>REDING, Chapter 13 Trustee,<br>        Respondents. | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

THIS MATTER arises on the Motion for Relief from Stay filed by Wells Fargo Financial Alabama, Inc. ("Creditor") with regard to Movant's collateral, real property commonly known as 233 Lee Road 665, Auburn, AL 36830 (the "Property"). Prior to the need for hearing, the parties reached an agreement, and the Chapter 13 Trustee, upon review, is unopposed to the agreement. Accordingly, it is hereby

ORDERED that Creditor's Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 is hereby GRANTED. It is further Ordered that Claim number 13 is hereby reduced to the amount paid with a balance of $0.00.

IT IS SO ORDERED this the 8th day of July, 2008.

                                              /s/ WILLIAM R. SAWYER
                                              UNITED STATES BANKRUPTCY COURT

(SIGNATURES CONTINUE ON FOLLOWING PAGE)

Prepared by:

/s/__Paul R. Knighten_____
Paul R. Knighten, AL Bar No. KNI017
Sicay-Perrow, Knighten & Bohan, P.C.
Suite 3475, Georgia-Pacific Center
133 Peachtree Street, N.E.
Atlanta, GA 30303
prk@sicay-perrow.com
404-589-1832
404-589-1833 (facsimile)

Consented to by:

/s/ Charles M. Ingrum, Jr._____
Charles M. Ingrum, Jr.
P O Box 229
Opelika, AL 36803
334-745-4648

No Opposition:

/s/_Sabrina L. McKinney___
Staff Attorney, Office of Curtis C . Reding
166 Commerce Street
P.O. Box 173
Montgomery, AL 36104
334-262-8371

DISTRIBUTION LIST

Sicay-Perrow, Knighten & Bohan, P.C.
Suite 3475, Georgia-Pacific Center
133 Peachtree Street, N.E.
Atlanta, GA 30303

Curtis C. Reding, Jr., Chapter 13 Trustee
P O Box 173
Montgomery, AL 36101

Charles M. Ingrum, Jr.
P O Box 229
Opelika, AL 36803

Michael Slaughter
233 Lee Road 665
Auburn, AL 36830

Sandra P. Slaughter
233 Lee Road 665
Auburn, AL 36830