## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re                                                                Case No. 07−81250
                                                                     Chapter 13
Michael Slaughter and Sandra P. Slaughter

      Debtors

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtors on October 26, 2007.

---

### AMENDED ORDER CONFIRMING PLAN

The debtors' plan was filed on November 13, 2007. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

      Done this 16th day of April, 2009.

                              /s/ William R. Sawyer
                              United States Bankruptcy Judge